MELINDA HAAG (CA Bar No. 132612)
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6925 (Winslow)
   Facsimile: (415) 436-6748
   sara.winslow@usdoj.gov

Attorneys for the United States of America

FILED
MAR 30 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* CHRISTOPHER KAES; and KAES ENTERPRISES, LLC,<br><br>          Plaintiffs,<br><br>   v.<br><br>DOGWOOD CREEK CONSTRUCTION, LLC., et al.,<br><br>          Defendants. | Case No. CV 12-02887 HRL<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER TO UNSEAL**<br><br>~~FILED UNDER SEAL~~ |

    Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

    Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States only has the right to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*,

U.S. NOTICE OF ELECTION TO DECLINE INTERVENTION
CV 12-02887 HRL                          1

1  59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th
2  Cir. 1994).

3    Therefore, the United States requests that, should either the relator or the defendants propose that
4  this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with
5  notice and an opportunity to be heard before ruling or granting its approval.

6    Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings
7  filed in this action be served upon the United States. The United States also requests that orders issued
8  by the Court be sent to the government's counsel. The United States reserves its rights to order any
9  deposition transcripts and to intervene in this action, for good cause, at a later date, and to seek dismissal
10 of the relator's action or claim. See 31 U.S.C. § 3730(c)(2), (3). The United States also requests that it
11 be served with all notices of appeal.

12   Finally, we request that the Court unseal: (1) relator's Complaint; (2) the summons, if any; (3)
13 the scheduling order; (4) this Notice of Election to Decline Intervention, with [Proposed] Order to
14 Unseal; and (5) all other matters occurring in this action after the date the Court enters the unsealing
15 order. We request that all other contents of the Court's file in this matter (including, but not limited to,
16 any applications filed by the United States for extensions of the sixty-day investigative period, any
17 applications for partial lifting of the seal, and any orders previously entered in this matter) remain under
18 seal and not be made public or served upon defendants.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: February 3, 2015    By: /s/ Sara Winslow
SARA WINSLOW
Assistant United States Attorney

U.S. NOTICE OF ELECTION TO DECLINE INTERVENTION
CV 12-02887 HRL                                  2

## [PROPOSED] ORDER TO UNSEAL

The United States having declined to intervene in this action pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows. IT IS HEREBY ORDERED that:

1. All current contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for (1) relator's Complaint; (2) the summons, if any; (3) the scheduling order; (4) this Order; and (5) the accompanying United States' Notice of Election to Decline Intervention, which are hereby unsealed.

2. The relator shall serve the Complaint upon the defendants.

3. The relator shall serve this Order and the accompanying Notice of Election to Decline Intervention upon the defendants after service of the Complaint.

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

6. The parties will provide the United States a copy of the notice or petition initiating any appeal and each paper, including briefs, filed in the appeal.

7. All orders of this Court shall be sent to the United States.

8. Should the relator or the defendant(s) propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: 3/26/15

HOWARD R. LLOYD
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following to be served this date upon each of the persons indicated below at the address(es) shown::

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER**

Bruce P. Babbitt
Jameson Babbitt Stites & Lombard, PLLC
999 Third Avenue, 1900
Seattle, WA  98104

✓ _____ **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **CERTIFIED MAIL (#)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____ **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____ **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above

_____ **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed February 3, 2014 at San Francisco, California

*[signature]*
KATHY TERRY
Legal Assistant